IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS,

                    Plaintiff,                              22cv0236
                                                                     LEAD CASE

                       v.

LEGRAND NORTH AMERICA, LLC,

                    Defendant.

BLAIR DOUGLASS,

                    Plaintiff,                              22cv0240
                                                                 MEMBER CASE

                       v.

PRX PERFORMANCE, INC.,

                    Defendant.

BLAIR DOUGLASS,

                    Plaintiff,                              22cv0242
                                                                 MEMBER CASE

                       v.

FOREST DECOR, LLC,

                    Defendant.

BLAIR DOUGLASS,

                    Plaintiff,                              22cv0249
                                                                 MEMBER CASE

                       v.

QUINCY BIOSCIENCE, LLC,

                    Defendant.

1

BLAIR DOUGLASS,

        Plaintiff,                22cv0250
                                        MEMBER CASE

            v.

LUCKY HEALTH GROUP, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                22cv0257
                                          MEMBER CASE

            v.

REPRESENT YOUR WATER INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                22cv0261
                                          MEMBER CASE

            v.

PERFORMIX LLC,

        Defendant.

BLAIR DOUGLASS,

        Plaintiff,

           v.

TRP ACQUISITION, INC.,

        Defendant.

22cv0262
MEMBER CASE

---

BLAIR DOUGLASS,

        Plaintiff,

           v.

THREADBEAST, LLC,

        Defendant.

22cv0263
MEMBER CASE

---

BLAIR DOUGLASS,

        Plaintiff,

           v.

HARDBODY SUPPLEMENTS, LLC,

        Defendant.

22cv0264
MEMBER CASE

---

BLAIR DOUGLASS,

        Plaintiff,

           v.

COVE SMART, LLC,

        Defendant.

22cv0268
MEMBER CASE

---

BLAIR DOUGLASS,

        Plaintiff,                    22cv0286
                                              MEMBER CASE

           v.

TERVIS TUMBLER COMPANY,

        Defendant.

_____

BLAIR DOUGLASS,

        Plaintiff,                    22cv0287
                                              MEMBER CASE

           v.

DOS OF ROSES, INC.,

        Defendant.

_____

BLAIR DOUGLASS,

                                            22cv0288
        Plaintiff,                    MEMBER CASE

           v.

MASSDROP INC.,

        Defendant.

_____

BLAIR DOUGLASS,

        Plaintiff,                    22cv0289
                                              MEMBER CASE

           v.

ALPHA OES, LLC.,

        Defendant.

_____

BLAIR DOUGLASS,

                  Plaintiff,                22cv0297
                                          MEMBER CASE

                      v.

JEWELSCENT, INC.,

                  Defendant.

---

BLAIR DOUGLASS,

                  Plaintiff,                22cv0305
                                            MEMBER CASE

                      v.

DIRECT MARKETING VENTURES, LLC,

                  Defendant.

---

BLAIR DOUGLASS,

                  Plaintiff,                22cv0306
                                            MEMBER CASE

                      v.

TRUEWERK, INC.,

                  Defendant.

---

BLAIR DOUGLASS,

                  Plaintiff,                22cv0314
                                            MEMBER CASE

                      v.

STRIDELINE, LLC.,

                  Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                    22cv0315

                                            MEMBER CASE

           v.

JOAH BROWN, LLC

          Defendant.

## CONSOLIDATION ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.      Civil Action Nos. 22-240, 22-242, 22-249, 22-250, 22-257, 22-261, 22-262, 22-263, 22-264, 22-268, 22-286, 22-287, 22-288, 22-289, 22-297, 22-305, 22-306, 22-314,  and 22-315 are hereby consolidated with **Civil Action No. 2:22-cv-236**, the lead case as captioned above.

2.      All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 2: 22-cv-236.**

3.      The Clerk of Court shall **close** Civil Action Nos. 22-240, 22-242, 22-249, 22-250, 22-257, 22-261, 22-262, 22-263, 22-264, 22-268, 22-286, 22-287, 22-288, 22-289, 22-297, 22-305, 22-306, 22-314 and 22-315.

                                   **SO ORDERED** this 23rd day of February, 2022.

                                   s/Arthur J. Schwab

                                   Arthur J. Schwab

                                   United States District Judge